## SECOND DEPARTMENT, APRIL, 1940.
### (April 1, 1940.)

CRESCENT TRADING CORPORATION, Respondent, v. ARTHUR VENTRELLI and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs, on the merits and for failure to comply with rule XXVI, Rules of the Appellate Division, Second Department.   Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

CATHERINE DOOLEY, Appellant, v. JOSEPH DOOLEY, Respondent.— Motion to dispense with printing record on appeal and briefs denied.   (*Miles* v. *Miles,* 235 App. Div. 706.)   Motion to require respondent to pay counsel fee for prosecution of appeal denied.   Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

CORA L. HART, Respondent, v. HERCULES THEATRE CORP., Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

OTTILLIA HOLTZ, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs.   Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JACOB JAY LEVINE, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of EUGENE E. LOSEE, Respondent, for an Order against EDWIN W. WALLACE, as Commissioner of Public Welfare of the County of Nassau, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of DANA WALLACE, an Attorney and Counselor at Law, Respondent.— Motion for reinstatement as an attorney and counselor at law granted.   [See 253 App. Div. 840.]   Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.